The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

R.J. REYNOLDS TOBACCO COMPANY, a North Carolina corporation,

    Plaintiff,

v.

ROB MCKENNA, in his capacity as Attorney General of Washington,

    Defendant.

No. C06-5223-FDB

STIPULATION AND ORDER REGARDING FILING OF AMENDED COMPLAINT

## STIPULATION

The parties, through their respective counsel, hereby stipulate that the subjoined order may be entered.

DATED this ____ day of May, 2006.

BYRNES & KELLER LLP

By _____
Bradley S. Keller, WSBA #10665
William H. Walsh, WSBA #21911
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
bkeller@byrneskeller.com
wwalsh@byrneskeller.com

ROB MCKENNA
Attorney General

By _____
Rene D. Tomisser, WSBA #17509
Attorney General of Washington
Torts Division
P. O. Box 40126
Olympia, WA 98504-0126
Telephone: (360) 459-6600
renet@atg.wa.gov

STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF AMENDED COMPLAINT - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## ORDER

Based upon the foregoing stipulation, plaintiff is hereby granted leave to file and serve the attached Amended Complaint, which adds as additional defendants the Members of the Washington State Liquor Control Board.

DATED this 30th day of May 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING FILING
OF AMENDED COMPLAINT - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 30th day of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Shannon E. Smith
Senior Counsel
Attorney General of Washington
900 4th Avenue, Suite 2000, TB-14
Seattle, WA  98164-1012
ShannonS@atg.wa.gov

Susan Sackett DanPullo
Assistant Attorney General
Office of the Attorney General
P.O. Box 40110
Olympia, WA  98504-0110
Susand1@atg.wa.gov

Rene D. Tomisser
Attorney General of Washington
Torts Division
P. O. Box 40126
Olympia, WA  98504-0126
renet@atg.wa.gov

/s/ Bradley S. Keller
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
bkeller@byrneskeller.com

STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF AMENDED COMPLAINT - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000