The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY, a North Carolina corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>ROB MCKENNA, in his capacity as Attorney General of Washington, et al.,<br><br>                    Defendants. | No. C06-5223-FDB<br><br>**STIPULATED MOTION TO WITHDRAW, DECLARATION OF COUNSEL, AND ORDER**<br><br>NOTE ON MOTION CALENDAR: TUESDAY, OCTOBER 3, 2006 |

### **STIPULATED MOTION**

Plaintiff R.J. Reynolds Tobacco Company ("R.J. Reynolds") and defendant Rob McKenna, in his capacity as Attorney General of Washington, et al., by and through their counsel, hereby move the court to allow William H. Walsh to withdraw his appearance as an attorney for R.J. Reynolds. Mr. Walsh will be moving to another firm starting on October 16, 2006. However, Mr. Keller and his firm will continue to serve as local counsel for R.J. Reynolds, which will also continue to be represented by Covington & Burling. Mr. Walsh's withdrawal will not materially affect R.J. Reynolds' prosecution of its case, nor will it cause any delay. Defendants do not object to this motion.

STIPULATED MOTION TO WITHDRAW, DECLARATION OF
COUNSEL, AND [PROPOSED] ORDER (No. C06-5223-FDB) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

DATED this 5th day of October, 2006.

| **ATTORNEY GENERAL OF WASHINGTON** | **BYRNES & KELLER LLP** |
|---|---|
| /s/ Rene D. Tomisser<br>P.O. Box 40126<br>Olympia, WA  98504-0126<br>Telephone:  360-459-6600<br>Email:  renet@atg.wa.gov<br><br>Susan Sackett DanPullo<br>P.O. Box 40110<br>Olympia, WA  98504-0110<br>Telephone:  360-586-2644<br>Email:  Susand1@atg.wa.gov<br>*Attorneys for Rob McKenna* | /s/ William H. Walsh<br>Bradley S. Keller, WSBA #10665<br>William H. Walsh, WSBA #21911<br>Byrnes & Keller LLP<br>1000 Second Avenue, 38th Floor<br>Seattle, WA  98104<br>Telephone:  (206) 622-2000<br>Facsimile:  (206) 622-2522<br>Email:  bkeller@byrneskeller.com<br>wwalsh@byrneskeller.com<br>*Attorneys for R.J. Reynolds Tobacco Corporation* |

## **DECLARATION OF COUNSEL**

I, William H. Walsh, hereby declare under penalty of perjury under the laws of the State of Washington that the following statements are true and correct.

1.  I am an attorney admitted to practice in the State of Washington and before this court.

2.  I certify that R.J. Reynolds Tobacco Corporation has been served with a copy of this stipulated motion.

DATED this 3rd day of October, 2006, at Seattle, Washington.

By /s/ William H. Walsh
William H. Walsh, WSBA #21911
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
wwalsh@byrneskeller.com

STIPULATED MOTION TO WITHDRAW, DECLARATION OF
COUNSEL, AND [PROPOSED] ORDER (No. C06-5223-FDB) - 2

Byrnes & Keller LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## **ORDER**

It is so ORDERED.

DATED this 5th day of October 2006.

_(signature)_

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO WITHDRAW, DECLARATION OF
COUNSEL, AND [PROPOSED] ORDER (No. C06-5223-FDB) - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 5th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Shannon E. Smith
Senior Counsel
Attorney General of Washington
900 4th Avenue, Suite 2000, TB-14
Seattle, WA 98164-1012
ShannonS@atg.wa.gov

Susan Sackett DanPullo
Assistant Attorney General
Office of the Attorney General
P.O. Box 40110
Olympia, WA 98504-0110
Susand1@atg.wa.gov

Rene D. Tomisser
Attorney General of Washington
Torts Division
P. O. Box 40126
Olympia, WA 98504-0126
renet@atg.wa.gov

and I hereby certify that I have emailed and mailed, by United States Postal Service, the document to the following non-CM/ECF participant:

Darryl Marsch
Senior Counsel
R.J. Reynolds Tobacco Company
401 North Main Street
Winston-Salem, NC 27101

/s/ William H. Walsh, WSBA #21911
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
wwalsh@byrneskeller.com

STIPULATED MOTION TO WITHDRAW, DECLARATION OF COUNSEL, AND [PROPOSED] ORDER (No. C06-5223-FDB) - 4

Byrnes & Keller LLP
38th Floor
1000 Second Avenue
Seattle, Washington 98104
(206) 622-2000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION TO WITHDRAW, DECLARATION OF
COUNSEL, AND [PROPOSED] ORDER (No. C06-5223-FDB) - 5

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000