1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

R.J. REYNOLDS TOBACCO
COMPANY, a North Carolina
Corporation,

       Plaintiff,

   v.

ROB MCKENNA, in his capacity as
Attorney General of Washington;
and MERRITT D. LONG, VERA
ING, and ROGER HOEN in their
capacities as Members of the
Washington State Liquor Control
Board,

       Defendants.

NO. C06-5223 FDB


STIPULATED MOTION ADJUSTING
BRIEFING SCHEDULE AND
NOTING DATE RE: PLAINTIFF'S
MOTION FOR ATTORNEYS' FEES

NOTE ON MOTION CALENDAR
FOR OCTOBER 20, 2006

### I.  STIPULATED MOTION

   Defendants Rob McKenna, et al., and Plaintiff R.J. Reynolds Tobacco Company, by

and through their respective counsel, move the court to adjust the noting date for the Plaintiff's

motion for attorneys' fees and the respective briefing dates for the parties as follows:

STIPULATED MOTION ADJUSTING
BRIEFING SCHEDULE AND NOTING
DATE RE: PLAINTIFF'S MOTION FOR
ATTORNEYS' FEES -
-NO. C06-5223 FDB

       1

**Error! AutoText entry not defined.**

1      1.    Plaintiff's motion for attorneys' fees shall be re-noted for November 10, 2006;

2  and

3      2.    The Defendants' responsive briefing shall be electronically filed no later than

4  October 31, 2006.

## II.      DECLARATION OF COUNSEL

I, Rene D. Tomisser, hereby declare under penalty of perjury under the laws of the State of Washington that the following statements are true and correct:

1.    I am an attorney admitted to practice in the State of Washington and before this court, and I am lead counsel for the Defendants in this cause of action.

2.    On October 9, 2006, I spoke with counsel for Plaintiff, Mr. Brad Keller, and we agreed to the adjustment of Plaintiff's noting date for the motion for attorneys' fees and briefing schedule as stated above.

## III.     ORDER

Based upon the stipulation of counsel for the parties, it is so ordered that:

1.    Plaintiff's motion for attorneys' fees is renoted for November 10, 2006; and

2.    Defendants' response brief is due on October 31, 2006.

DATED this 11th day of October 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION ADJUSTING
BRIEFING SCHEDULE AND NOTING
DATE RE: PLAINTIFF'S MOTION FOR
ATTORNEYS' FEES -
-NO. C06-5223 FDB

2

Error! AutoText entry not defined.

1

2

3

4                                    **PROOF OF SERVICE**

5            I hereby certify that on October 10, 2006, I caused to be electronically filed the

6    foregoing document with the Clerk of the Court using the CM/ECF system which will send

7    notification of such filing to the following:

8    Dennis B. Auerbach            dauerbach@cov.com

9    Bradley S. Keller             bkeller@byrneskeller.com

10   David H. Remes                dremes@cov.com

11   Susan Sackett-Danpullo        susand1@atg.wa.gov

12   William Harrison Walsh        wwalsh@byrneskeller.com

13

14                                         /s/ Rene D. Tomisser
                                           RENE D. TOMISSER, WSBA #17509
15                                         Assistant Attorney General
                                           P.O. Box 40126
16                                         Olympia, WA 98504-0126
                                           360-459-6600
17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION ADJUSTING          3              **Error! AutoText entry not defined.**
BRIEFING SCHEDULE AND NOTING
DATE RE: PLAINTIFF'S MOTION FOR
ATTORNEYS' FEES -
-NO. C06-5223 FDB