The Honorable Franklin D. Burgess



# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY, a North Carolina corporation, <br><br> Plaintiff, <br><br> v. <br><br> ROB MCKENNA, in his capacity as Attorney General of Washington, et al., <br><br> Defendants. | No. C06-5223-FDB <br><br> STIPULATION AND ORDER DISMISSING ALL CLAIMS WITH PREJUDICE |

## **STIPULATION**

Having negotiated a resolution, the parties, through their respective counsel, hereby stipulate that the subjoined order may be entered dismissing all claims and counterclaims with prejudice and without fees or costs to any party.

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

DATED this 17th day of September, 2009.

| BYRNES & KELLER LLP | ATTORNEY GENERAL OF WASHINGTON |
|---|---|
| By /s/ Bradley S. Keller<br>Bradley S. Keller, WSBA #10665<br>Byrnes & Keller LLP<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104<br>Telephone: (206) 622-2000<br>Facsimile: (206) 622-2522<br>bkeller@byrneskeller.com<br><br>Dennis B. Auerbach (pro hac vice)<br>Covington & Burling<br>1201 Pennsylvania Avenue N.W.<br>P. O. Box 7566<br>Washington, D.C. 20044-7566<br>Telephone: (202) 662-6000<br>Facsimile: (202) 778-5212<br>dauerbach@cov.com | By /s/ Rene D. Tomisser<br>Rene D. Tomisser, WSBA #17509<br>P.O. Box 40126<br>Olympia, WA 98504-0126<br>Telephone: (360) 459-6600<br>Email: renet@atg.wa.gov<br><br>Susan Sackett DanPullo<br>P.O. Box 40110<br>Olympia, WA 98504-0110<br>Telephone: (360) 586-2644<br>Email: Susand1@atg.wa.gov<br><br>*Attorneys for Rob McKenna* |

*Attorneys for Plaintiff*

## ORDER

Based upon the foregoing Stipulation, all claims by and between the parties are hereby dismissed with prejudice and without fees or costs to any party.

Dated this /8 day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER DISMISSING ALL CLAIMS WITH PREJUDICE (No. C06-5223-FDB) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000